DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY COUNCIL,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and **VANESSA GETHERS,**
Appellees.

No. 4D17-2212

[November 22, 2017]

Appeal from the State of Florida, Department of Revenue, Child Support Enforcement; DOAH Case No. 17-002993-CS; and CSE Case No. 2001078022.

Anthony Council, Hollywood, pro se.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***